ALMEDA MAXIM, Pro Ami, *vs.* W. A. FRANCIS.

Androscoggin County. Decided November 27, 1915. This is an action on the case to recover damages for the alleged slander of the plaintiff. The verdict was for the plaintiff, and the case is before this court on a motion to set aside the verdict as against law and evidence. Motion denied. *L. T. Carleton,* for plaintiff. *Newell & Woodside, and Clary,* for defendant.